1  William Reeves
   State Bar No. 8235
2  MORALES FIERRO & REEVES
   600 S. Tonopah Drive, Suite 300
3  Las Vegas, NV 89106
   Telephone: 702/699-7822
4  Facsimile: 702/699-9455
   Email: wreeves@mfrlegal.com
5
   Attorneys for Defendant
6  Standard Guaranty Ins. Co.

7

8                      UNITED STATES DISTRICT COURT

9                           DISTRICT OF NEVADA

10  RAYMOND SARRAF,                    )  Case No.: 24-cv-01865-BNW
                                       )
11              Plaintiff,             )  PROPOSED DISCOVERY PLAN AND
                                       )  SCHEDULING ORDER
12        vs.                          )
                                       )  SPECIAL SCHEDULING REVIEW
13  STANDARD GUARANTY INS. CO.,        )  REQUESTED
                                       )
14              Defendant.             )
                                       )
15  _____)

16       The parties, through counsel, held a scheduling conference under Federal Rule of Civil

17  Procedure 26(f) on December 10, 2024.  The parties now submit their proposed discovery plan and

18  scheduling order in compliance with LR 26-1(b).

19       1.    Discovery Cut-Off Date. The first defendant answered or otherwise appeared on

20  October 11, 2024. The discovery cut-off date is September 26, 2025.

21       2.    Amending the Pleadings and Adding Parties. The deadline to amend the pleadings

22  and add parties is June 27, 2025.

23       3.    Expert and Rebuttal-Expert Disclosures. The deadline to disclose experts is July 25,

24  2025.  The deadline to disclose rebuttal experts is August 29, 2025.

25       4.    Dispositive Motions. The deadline to file dispositive motions is October 24, 2025.

26       5.    Pretrial Order. The deadline to file a pretrial order is November 28, 2025.

27       6.    Fed. R. Civ. P. 26(a)(3). The disclosures required by this rule and any objections to

28  them must be included in the joint pretrial order.

                                       1

1    7.    <u>Alternative Dispute Resolution</u>. The parties certify that they met and conferred about

2    the possibility of using alternative dispute-resolution processes including mediation, arbitration, and

3    if applicable, early neutral evaluation.

4    8.    <u>Alternative Forms of Case Disposition</u>. The parties certify that they considered

5    consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of

6    the Short Trial Program (General Order 2013-01).

7    9.    <u>Electronic Evidence</u>. The parties certify that they discussed whether to present

8    evidence in electronic format to jurors for the purpose of jury deliberations.

9    IT IS SO STIPULATED.

10    Dated: December 11, 2024

                                                    MORALES FIERRO & REEVES
11

12

     By:   /s/ Raymond Sarraf                        By:   /s/ William C. Reeves
13         Raymond Sarraf                                  William C. Reeves
           In Pro Per                                      Attorneys for Defendant
14

15    IT IS SO ORDERED.

16
     Dated:  12/16/2024
17

18                                           _____
                                             UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28

                                                    2

ORDER                                                          Case No.: 24-cv-01865-BNW