Raymond Sarraf
1801 Century Park East, Suite 520
Los Angeles, CA 90067
Tel: (310) 277-4323
Fax: (310) 556-2953
E-mail: raymondsarraf@gmail.com
E-mail: martin@sarraflawfirm.com

Plaintiff In Pro Per, RAYMOND SARRAF

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND SARRAF, | ) Case No. 2:24-cv-01865 (BNW) |
| Plaintiff, | ) The Hon. Jennifer A. Dorsey / |
| vs. | ) Magistrate Judge Brenda Weksler |
| | ) Underlying Case No. A-24-900633-C |
| | ) (Clark County Superior Court, Nevada) |
| STANDARD GUARANTY INS. CO., | ) |
| Defendant. | ) **STIPULATION AND ORDER OF DISMISSAL** |

///
///
///
///
///
///
///

1

STIPULATION OF DISMISSAL [FRCP 41(A)] AND [PROPOSED] ORDER

**TO THE HONORABLE COURT AND ALL PARTIES IN THIS ACTION:**

Plaintiff RAYMOND SARRAF ("Plaintiff") and Defendant STANDARD GUARANTY INS. CO., ("Defendant") hereby stipulate and submit this Dismissal pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

DATED: September 23, 2025        LAW OFFICES OF RAYMOND SARRAF

By: _____
Raymond Sarraf
Plaintiff In Pro Per

DATED: 9/25/25        MORALES FIERRO & REEVES

By: _____
William C. Reeves
Attorneys for Defendant

2

STIPULATION OF DISMISSAL [FRCP 41(A)] AND [PROPOSED] ORDER

# ORDER OF DISMISSAL

Based on the parties' stipulation **[ECF No. 16]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 20, 2025